STEPHEN P. ELLINGSON (SBN 136505)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
YOUNG'S TRADING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARM ZONE, INC., ABEL TRADING, INC., COUNTRY HOMEMADE, INC., UR ETERNITY, LOCLAR UNIQUES INC., YOUNG'S TRADING, INC., ALL THINGS POSH, LAURENCE/FRIEDMAN ENTERPRISES, LLC and DOES 1-20, Inclusive<br><br>Defendants. | Case No. CV 09-3623 CRB<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT YOUNG'S TRADING, INC. TO EXTEND THE TIME FOR DEFENDANT YOUNG'S TRADING, INC. TO FILE A RESPONSIVE PLEADING** |

**STIPULATION OF THE PARTIES**

WHEREAS, on August 7, 2009, plaintiff Alexx, Inc. filed this present complaint in the Northern District of California, alleging causes of action for (1) Patent Infringement; (2) Copyright Infringement; (3) California Unfair Competition; (4) Common Law Unfair Competition; (5) Unjust Enrichment; and (6) Injunctive Relief ("Complaint.")

WHEREAS, pursuant to an agreement between the parties and pursuant to Local Rule 6-1, defendant Young's Trading, Inc. will file its responsive pleading to the Complaint on or before December 8, 2009.

IT IS HEREBY STIPULATED, by and between plaintiff Alexx, Inc. and defendant Young's Trading, Inc. through their respective counsel, that defendant Young's Trading, Inc. will file its

233682

responsive pleading to the Complaint no later than December 8, 2009.

Dated: November 19, 2009                    JONES DAY

                                            By /s/ Brett Lovejoy
                                            RODERICK A. McLEOD
                                            BRETT A. LOVEJOY
                                            Attorneys for plaintiff ALEXX, INC.


Dated: November 19, 2009                    HAYES SCOTT BONINO ELLINGSON & McLAY
                                            LLP

                                            By /s/
                                            STEPHEN P. ELLINGSON
                                            DARA M. TANG
                                            Attorney for Defendant
                                            Young's Trading, Inc.

November 24, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA