```
STEPHEN P. ELLINGSON (SBN 136505)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA  94065
Telephone:    650.637.9100
Facsimile:    650.637.8071

Attorneys for Defendants
YOUNG'S TRADING COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARM ZONE, INC., ABEL TRADING, INC., COUNTRY HOMEMADE, INC., UR ETERNITY, LOCLAR UNIQUES INC., YOUNG'S TRADING, INC., ALL THINGS POSH, LAURENCE/FRIEDMAN ENTERPRISES, LLC and DOES 1-20, Inclusive<br><br>　　　　　　Defendants. | Case No.  CV 09-3623 CRB<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT YOUNG'S TRADING, INC. TO EXTEND THE TIME FOR DEFENDANT YOUNG'S TRADING, INC. TO FILE A RESPONSIVE PLEADING** |

### STIPULATION OF THE PARTIES

　　　　WHEREAS, on August 7, 2009, plaintiff Alexx, Inc. filed this present complaint in the Northern District of California, alleging causes of action for (1) Patent Infringement; (2) Copyright Infringement; (3) California Unfair Competition; (4) Common Law Unfair Competition; (5) Unjust Enrichment; and (6) Injunctive Relief ("Complaint.")

　　　　WHEREAS, pursuant to an agreement between the parties and pursuant to Local Rule 6-1, defendant Young's Trading, Inc. will file its responsive pleading to the Complaint on or before December 8, 2009.

　　　　IT IS HEREBY STIPULATED, by and between plaintiff Alexx, Inc. and defendant Young's Trading, Inc. through their respective counsel, that defendant Young's Trading, Inc. will file its

233682

**STIPULATION OF THE PARTIES – Case No: CV 09-3623 CRB**

responsive pleading to the Complaint no later than December 8, 2009.

Dated: November 19, 2009

JONES DAY

By /s/ Brett Lovejoy
RODERICK A. McLEOD
BRETT A. LOVEJOY
Attorneys for plaintiff ALEXX, INC.

Dated: November 19, 2009

HAYES SCOTT BONINO ELLINGSON & McLAY LLP

By /s/
STEPHEN P. ELLINGSON
DARA M. TANG
Attorney for Defendant
Young's Trading, Inc.

November 24, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

233682                                    -2-