STEPHEN P. ELLINGSON (SBN 136505)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone:    650.637.9100
Facsimile:    650.637.8071

Attorneys for Defendants
YOUNG'S TRADING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARM ZONE, INC., ABEL TRADING, INC., COUNTRY HOMEMADE, INC., UR ETERNITY, LOCLAR UNIQUES INC., YOUNG'S TRADING, INC., ALL THINGS POSH, LAURENCE/FRIEDMAN ENTERPRISES, LLC and DOES 1-20, Inclusive<br><br>          Defendants. | Case No.  CV 09-3623 CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM FEBRUARY 19, 2009 TO APRIL 9, 2009** |

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED

THAT the Case Management Conference is continued from February 19, 2010 to April 9, 2010.


     IT IS FURTHER ORDERED THAT _____

_____

_____.


Dated:  __Dec. 17, 2009_____

                                        _____
                                        Honorable Charles R. Breyer
                                        United States

IT IS SO ORDERED

Judge Charles R. Breyer

237001                                      -1-
**PROPOSED ORDER – Case No: CV 09-3623 CRB**