STEPHEN P. ELLINGSON (SBN 136505)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
YOUNG'S TRADING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARM ZONE, INC., ABEL TRADING, INC., COUNTRY HOMEMADE, INC., UR ETERNITY, LOCLAR UNIQUES INC., YOUNG'S TRADING, INC., ALL THINGS POSH, LAURENCE/FRIEDMAN ENTERPRISES, LLC and DOES 1-20, Inclusive<br><br>Defendants. | Case No. CV 09-3623 CRB<br><br>[PROPOSED] **ORDER EXTENDING THE TIME FOR DEFENDANT YOUNG'S TRADING, INC. TO SERVE ITS INVALIDITY CONTENTIONS** |

241876

**PROPOSED ORDER – Case No: CV 09-3623 CRB**

# [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT defendant Young's Trading, Inc. serve its invalidity contentions on Feburary 23, 2010, and that the following deadlines be as follows:

| Filing | Original Date | Continued Date |
| --- | --- | --- |
| Disclosure of Asserted Claims and Infringement Contentions | December 14, 2009 | December 14, 2009 |
| Invalidity Contentions | February 1, 2010 | February 23, 2010 |
| Identify Claim Terms to be Construed | February 15, 2010 | February 23, 2010 |
| Preliminary Claim Constructions | March 8, 2010 | March 8, 2010 |
| Joint Claim Construction Statement | May 7, 2010 | May 7, 2010 |
| Close of Claim Construction Discovery | June 6, 2010 | June 6, 2010 |
| Opening Claim Construction Brief | July 21, 2010 | July 21, 2010 |
| Responsive Claim Construction Brief | August 4, 2010 | August 4, 2010 |
| Reply Claim Construction Brief | August 11, 2010 | August 11, 2010 |

Dated: <u>January 29, 2010</u>



_____
Honorable Charles R. Breyer
United States District Judge

241876

-1-

**PROPOSED ORDER– CASE NO.: C 08-05562 JW**