UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CHARM ZONE, INC., ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | No. C09-3623 CRB (BZ) <br><br> **ORDER RESCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Wednesday, May 26, 2010 at 9:00 a.m.** to discuss the settlement process. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov**.

Dated: May 25, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ALEXX V. CHARM ZONE\STATUS CONFERENCE ORD.wpd

1