1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  ALEXX, INC.,                      )
                                      )
12            Plaintiff(s),           )    No. C09-3623 CRB (BZ)
                                      )
13      v.                            )
                                      )
14  CHARM ZONE, INC.,                 )    **SETTLEMENT CONFERENCE**
                                      )    **ORDER - PATENT CASE**
15            Defendant(s).           )
                                      )
16                                    )
                                      )
17

18        The above matter was referred to me for settlement

19  purposes.

20        On May 26, 2010, I conducted a telephonic hearing at

21  which both sides were represented by counsel.  With the

22  consent of the parties and good cause appearing, **IT IS HEREBY**

23  **ORDERED** that no later than **June 28, 2010,** Sandy Stein of

24  Alexx, Inc. and Young Kim of Charm Zone, Inc., shall meet in

25  person, preferably outside the presence of counsel, to discuss

26  a resolution of this dispute.  They shall meet in any place to

27  which they agree or if they cannot agree they shall meet in

28  Chicago.  The principals are urged to explore a creative,

                              1

1   business resolution of their dispute.  If the case settles,
2   the parties are to notify the Court immediately.

3        Each party shall provide the other informally,
4   expeditiously and pursuant to Federal Rule of Evidence 408
5   with all information reasonably needed to further the progress
6   of the settlement negotiations.  Confidential information may
7   be provided subject to a protective order.

8        It is **FURTHER ORDERED** that a telephonic conference is
9   scheduled for **June 2, 2010 at 1:30 p.m.,** to discuss the status
10  of the negotiations.  Counsel shall contact **CourtCall**,
11  telephonic court appearances at
12  **1-888-882-6878**, and make arrangements for the telephonic
13  conference call.  The principals need not participate.

14       If there is no settlement, it is **FURTHER ORDERED** that a
15  Settlement Conference is scheduled for **July 23, 2010 at**
16  **9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450
17  Golden Gate Avenue, San Francisco, California 94102. Counsel
18  who will try the case shall appear at the Settlement
19  Conference with the party principals who met earlier.   The
20  negotiations will be principally among the party principals in
21  my presence.

22       Each party shall prepare a Settlement Conference
23  Statement, which must be served on opposing counsel and lodged
24  (not faxed) with my chambers no later than seven calendar days
25  prior to the conference.  The Statement shall **not** be filed
26  with the Clerk of the Court.  The Statement **may** be submitted
27  on CD-ROM with hypertext links to exhibits.  Otherwise, the
28  portion of exhibits on which the party relies **shall** be

1  highlighted.   The Settlement Conference Statement shall not
2  exceed ten pages of text and twenty pages of exhibits and
3  shall include the following:

4       1.   A brief statement of the facts of the case.

5       2.   A brief statement of the claims and defenses
6  including, but not limited to, statutory or other grounds upon
7  which the claims are founded.

8       3.   A summary of any related litigation.

9       4.   A summary of the proceedings to date and any pending
10 motions.

11      5.   An estimate of the cost and time to be expended for
12 further discovery, pretrial and trial.

13      6.   The relief sought, including an itemization of
14 damages.

15      7.   The parties' position on settlement, including
16 present demands and offers and a history of past settlement
17 discussions.   The Court's time can best be used to assist the
18 parties in completing their negotiations, not in starting
19 them.   So there is no confusion about the parties' settlement
20 position, plaintiff must serve a demand in writing no later
21 than fourteen days before the conference and defendant must
22 respond in writing no later than eight days before the
23 conference.   The parties are urged to carefully evaluate their
24 case before taking a settlement position since extreme
25 positions hinder the settlement process.

26      Along with the Statement each party shall lodge with the
27 court a document of no more than three pages containing a
28 **candid** evaluation of the parties' likelihood of prevailing on

3

1 | the claims and defenses, and any other information that party
2 | wishes not to share with opposing counsel. The more candid
3 | the parties are, the more productive the conference will be.
4 | This document shall not be served on opposing counsel.

5 | It is not unusual for conferences to last three or more
6 | hours. Parties are encouraged to participate and frankly
7 | discuss their case. Statements they make during the
8 | conference will not be admissible at trial in the event the
9 | case does not settle. The parties should be prepared to
10 | discuss such issues as:

11 | 1. Their settlement objectives.

12 | 2. Any impediments to settlement they perceive.

13 | 3. Whether they have enough information to discuss
14 | settlement. If not, what additional information is needed.

15 | 4. The possibility of a creative resolution of the
16 | dispute.

17 | The parties shall notify chambers immediately if this
18 | case settles prior to the date set for settlement conference.
19 | Counsel shall provide a copy of this order to each party who
20 | will participate in the conference.

21 | Dated: May 27, 2010

22 | _____
23 | Bernard Zimmerman
    United State Magistrate Judge

24 | G:\BZALL\-REFS\REFS.2010\ALEXX V. CHARM ZONE\SETTLEMENT CONFERENCE ORDER.wpd

25 |

26 |

27 |

28 |

4