UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., ) | |
| ) | |
| Plaintiff(s), ) | No. C09-3623 CRB (BZ) |
| ) | |
| v. ) | **ORDER SCHEDULING FURTHER** |
| ) | **TELEPHONIC CONFERENCE** |
| CHARM ZONE, INC., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |

**IT IS HEREBY ORDERED** that a further telephone conference is scheduled for **Monday, June 21, 2010 at 1:30 p.m.** The principals may, but need not, participate. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: June 2, 2010

Bernard Zimmerman
United State Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ALEXX V. CHARM ZONE\FURTHER STATUS CONFERENCE ORD.wpd

1