UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXX, INC., | ) | |
| Plaintiff(s), | ) | No. C09-3623 CRB (BZ) |
| v. | ) | **ORDER SCHEDULING FURTHER TELEPHONIC CONFERENCE** |
| CHARM ZONE, INC., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a further telephone conference is scheduled for **Wednesday, June 23, 2010 at 3:00 p.m.** The principals may, but need not, participate. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: June 22, 2010

_____
Bernard Zimmerman
United State Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ALEXX V. CHARM ZONE\FURTHER STATUS CONFERENCE ORD2.wpd

1