UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INCORPORATED, | No. C 09-3623 CRB  (JL) |
| Plaintiff, | |
| v. | **BRIEFING ORDER** |
| CHARM ZONE, INC, ET AL., | |
| Defendants. | |
| _____/ | |

The Court received and reviewed Plaintiff's separate statements regarding a motion to compel discovery from Defendant and alleged discovery fraud by Defendant (Docket #s 67 and 68, respectively).

Counsel for Defendant is hereby ordered to meet and confer in person with counsel for Plaintiff and then, if the issues are unresolved, to respond to both statements on or before July 2, 2010. Plaintiff may file a rebuttal if necessary on or before July 7, 2010 and the Court will take the matter under submission.

IT IS SO ORDERED.

DATED: June 23, 2010

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-3623\Brief 67, 68 .frm