UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., <br><br>          Plaintiff(s), <br><br>     v. <br><br> CHARM ZONE, INC., <br><br>          Defendant(s). | No. C09-3623 CRB (BZ) <br><br> **ORDER ADVANCING** <br> **SETTLEMENT CONFERENCE** |

Following a telephone conference with counsel for both sides, **IT IS HEREBY ORDERED** that the settlement conference presently scheduled for July 23, 2010, is **advanced** to **July 8, 2010, at 9:00 a.m.**, Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS FURTHER ORDERED** that by **noon on June 25, 2010**, plaintiff shall provide defendant with a written settlement demand. Defendant shall provide plaintiff with a written response by **noon, July 1, 2010**. Each parties' settlement statements are due on **July 1, 2010** and shall be **lodged** with chambers.

1

**IT IS FURTHER ORDERED** that Mr. Andris shall notify counsel for the Kims of this settlement conference.  One or both of the Kims with **full settlement authority** and a representative of the carrier with **full settlement authority**, as that term is defined in my settlement conference order, must attend in person, **as must Ms. Stein**.

The settlement conference order otherwise remains in full force and effect.

Dated: June 23, 2010

_____
Bernard Zimmerman
United State Magistrate Judge

G:\BZALL\-REFS\REFS.2010\ALEXX V. CHARM ZONE\ORDER ADVANCING SETTLEMENT CONFERENCE.wpd