United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXX, INCORPORATED,                           No. C 09-3623 CRB  (JL)

      Plaintiff,

  v.                                            **EXTENSION OF TIME**

CHARM ZONE, INC, ET AL.,

      Defendants.
_____/

      The Court previously issued its order to the parties to meet and confer and for Defendants to respond to Plaintiff's separate statements regarding a discovery dispute (Order at Docket # 76). The Court is informed that the parties' settlement conference before Magistrate Judge Zimmerman has been advanced from July 23, 2010 to July 8, 2010, with Plaintiff required to provide Defendants with a written settlement demand by June 25, 2010, and Defendants to respond in writing by July 1. These dates overlap with this Court's deadlines in its discovery order.

      Accordingly, this Court hereby extends the parties' deadlines for compliance with its order to meet and confer and for Defendants to respond to Plaintiff's statements to July 16, and for Plaintiff to file its rebuttal, if any, to July 23.

1   IT IS SO ORDERED.

2  DATED: June 24, 2010

3

4  _____
    JAMES LARSON
    United States Magistrate Judge

5

  G:\JLALL\CASES\CIV-REF\09-3623\extension 67, 68 .wpd
6