1   ROBERT P. ANDRIS (SBN 130290)
    LAEL D. ANDARA (SBN 215416)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA 94063-2052
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    Email:        randris@rmkb.com
5                 landara@rmkb.com

6   Attorneys for Defendant
    CHARM ZONE, INC.
7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  ALEXX, INC., a California corporation,          CASE NO. C 09-03623 CRB

12                  Plaintiff,              ~~[PROPOSED]~~ ORDER GRANTING
                                           DEFENDANT'S ADMINISTRATIVE
13  v.                                     MOTION TO FILE UNDER SEAL CHARM
                                           ZONE'S OPPOSITION TO ALEXX'S
14  CHARM ZONE INC.; et al.,               MOTION FOR ORDER ENFORCING
                                           SETTLEMENT AGREEMENT
15                  Defendants.

16

17          Having considered Defendant's Administrative Motion to File Under Seal Charm Zone's

18  Opposition to Plaintiff's Motion for Order Enforcing Settlement Agreement:

19          IT IS HEREBY ORDERED that Defendant's Administrative Motion to File Under Seal is

20  GRANTED. The Clerk of the Court shall file under seal: (1) Charm Zone's Opposition to

21  Plaintiff's Motion for Order Enforcing Settlement Agreement; (2) Declaration of Robert P.

22  Andris with Exhibits A through C; (3) Declaration of Sylvia Kim with Exhibit D; and,

23  (4) Declaration of Young Kim.

24          IT IS SO ORDERED.

25  DATED: _Sept. 27, 2010_

26

27                                         _____
                                           HONORABLE CHARLES R. BREYER
28                                         UNITED STATES DISTRICT COURT JUDGE

RC1/5701258.1/LD                                      [PROPOSED] ORDER GRANTING CHARM
                                                      ZONE'S MTN TO FILE UNDER SEAL
                                                      C 09-3623 CRB

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City